UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EXP FRUIT GROWERS CHILE SA,<br><br>               Plaintiff,<br><br>   v.<br><br>AGROVISTA INTERNATIONAL LLC,<br>MOR FRUIT LLC,<br><br>               Defendant. | CASE NO. 3:23-cv-06185-BAT<br><br>**ORDER TO SHOW CAUSE RE: SERVICE** |

The Complaint in this matter was filed on December 27. Dkt. 1. Summons was issued as to Defendants Agroista International LLC and Mor Fruit LLC on the same day. Dkt. 2. To date, Plaintiff has not provided proof that proper service of the Complaint has been made on Defendants as required by Fed. R. Civ. P. 4(m).

Plaintiff is hereby **ORDERED** to show cause by **April 8, 2024,** why this matter should not be dismissed without prejudice for failure to prosecute. Absent a timely response to this Order, this case shall be dismissed without prejudice.

DATED this 1st day of April, 2024.

                                            BRIAN A. TSUCHIDA
                                            United States Magistrate Judge

ORDER TO SHOW CAUSE RE: SERVICE - 1